NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**JOHN D. WILSON, JR.,**
*Claimant-Appellant,*

**v.**

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2013-7037

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 11-0165, Judge Lawrence B. Hagel.

---

**ON MOTION**

---

**O R D E R**

John D. Wilson, Jr. moves for leave to proceed in forma pauperis.

The court notes that Wilson did not file the required supplemental in forma pauperis form for prisoners. Federal Circuit Form 6A.

JOHN WILSON, JR. V. SHINSEKI                                     2

Accordingly,

IT IS ORDERED THAT:

(1)  Wilson's motion for leave to proceed in forma pauperis is denied.

(2) If Wilson does not submit the supplemental in forma pauperis form for prisoners within 14 days of the date of this order, the court will dismiss this appeal.


FOR THE COURT


/s/ Jan Horbaly
Jan Horbaly
Clerk


s24